UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No._____
)
) NOTICE OF INTENT TO Sell Real or
) Personal Property, Compensate Real Estate
) Broker, and/or Pay any Secured Creditor's Fees
) and Costs; Motion for Authority to Sell Property
) Free and Clear of Liens; and Notice of Hearing
) [**Note**: Do not use to sell personally identifiable
Debtor(s) )  information about individuals!]

NOTICE IS GIVEN THAT _____, the _____ (i.e., debtor, trustee, etc.), intends to sell the property described below and moves for authority to sell said property free and clear of liens pursuant to 11 USC §363(f).  The movant's name, address, and telephone # are: _____
_____.

If you wish to object to any aspect of the sale or fees disclosed in ¶7 or ¶15 you must both: (1) attend the hearing set in ¶16 below and, (2) within 23 days of the later of either (a) the date next to the signature below; or (b) the date in any "Clerk" stamp above, file with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", at 1001 SW 5th Ave. #700, Portland OR 97204; or if it begins with "6" or "7", at 405 E 8th Ave #2600, Eugene OR 97401) both:  (a) a written response stating the specific facts upon which the objection is based, and (b) proof that a copy of the response was served on the movant.

This document shall constitute the notice required by LBR 2002-1.  (COMPLETE ALL SECTIONS.)

1. The specific subsections of 11 USC §363(f) movant relies upon for authority to sell the property free and clear of liens are:

2. Buyer's Name & Relation to Debtor:

3. General description of the property (NOTE:  If real property, state street address here.  Also attach legal description as an Exhibit to the original filed with the court):



4. A copy of the full property description or inventory may be examined or obtained at:

5. The property may be previewed at (include time and place):

6. Other parties to the transaction and their relationship to the debtor are:



7. Gross sales price:  $_____.  All liens on the property total:  $_____, of which Movant believes a total of $_____ need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable).  Secured creditor(s) also seek(s) reimbursement of $_____ for fees and costs.  Total sales costs will be:  $_____.  All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately:  $_____.

8. The sale     is      is not (**MARK ONE**) of substantially all of the debtor's assets.  Terms and conditions of sale:



9. Competing bids must be submitted to the movant no later than (date) _____, and must exceed the above offer by at least _____ (and be on the same or more favorable terms to the estate).

760.5 (12/1/09)  **Page 1 of 2**

10. Summary of all available information regarding valuation, including any independent appraisals:

11. If ¶7 indicates little or no equity for the estate, the reason for the sale is:

and expenses and taxes resulting from the sale will be paid as follows:

12. (Ch. 11 cases only) The reason for proposing the sale in advance of approval of a plan of reorganization is:

13. The following information relates to lien holders (who are listed in PRIORITY order):

| Name | Service Address (See FRBP 7004) | Approximate Lien Amount | Indicate Treatment at Closing (i.e., Fully Pd., Partially Pd., or Not Pd.) |
|---|---|---|---|
| | | | |

14. Any liens not fully paid at closing shall attach to the sale proceeds in the same order of priority they attach to the property. Any proceeds remaining after paying liens, expenses, taxes, commissions, fees, costs or other charges as provided in this motion, shall be held in trust until the court orders payment.

15. [If real property]  The court appointed real estate broker, _____,
will be paid _____.

16. **A HEARING ON THIS MOTION AND ANY OBJECTIONS TO THE SALE AND/OR FEES WILL BE HELD**
ON _____ AT _____ IN _____
_____ and testimony will be received if offered and admissible.

17. [Unless movant is a Ch. 7 trustee]  I certify that on _____ a copy of this document was served, pursuant to FRBP 7004, on the debtor(s), trustee, if any, U.S. Trustee, each named lien holder at the address listed above, Creditors' Committee Chairperson, if any, and their respective attorneys; and that a copy was also served that date, pursuant to FRBP 2002(a), on all creditors and parties requesting special notice as listed in the Court's records that were obtained on _____, a copy of which is attached to the original document filed with the Bankruptcy Court.

18. FOR FURTHER INFORMATION CONTACT: _____
_____.

DATE: _____             _____
                                               Signature & Relation to Movant
                                               _____
                                               (If debtor is movant) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

### Exhibit "A"

Parcel I:

Beginning at a point on the North-South one-quarter section line 440 feet due South of the Northwest corner of the South half of the Northeast quarter of Section 21, Township 15 South, Range 1 West of the Willamette Meridian; run thence South along said one-quarter section line, 440 feet; thence East parallel to the North line of the said South half of the Northeast quarter to the centerline of the Sublimity to Umpqua Territorial Road; thence Northerly along the said centerline to a point 440 feet South of the said North line of the South half of the Northeast quarter; thence West parallel with said North line to the point of beginning, all in Lane County, Oregon.

EXCEPTING THEREFROM: Beginning at the iron pin marking the Northwest corner of the South one-half of the Northeast one-quarter of Section 21, Township 15 South, Range 1 West of the Willamette Meridian; thence South 0° 06' 48" West 880.00 feet along the North-South one-quarter line of said Section 21 to a point marked by an iron pin; thence South 89° 42' 18" East 468.54 feet along a line parallel with the North line of the South one-half of the Northeast one-quarter of said Section 21 to an iron pin marking the true point of beginning; thence North 3° 44' 58" East 116.21 feet to a point marked by an iron pin; thence South 89° 42' 18" East 771.28 feet along a line parallel with said South line of the North half to a point marked by an iron pin; thence South 0° 17' 42" West 116.00 feet to a point marked by an iron pin; thence North 89° 42' 18" West 778.28 feet to the true point of beginning, in Lane County, Oregon.

Parcel II:

Beginning at the iron pin marking the Northwest corner of the South one-half of the Northeast one-quarter of Section 21, Township 15 South, Range 1 West of the Willamette Meridian; thence South 0° 06' 48" West 880.00 feet along the North-South one-quarter line of said Section 21 to a point marked by an iron pin thence; South 89° 42' 18" East 1246.82 feet along a line parallel with the North line of the South one-half of the Northeast one-quarter of said Section 21 to an iron pin marking the true point of beginning; thence South 89° 42' 18" East 662.04 feet continuing along said parallel line to a point in the centerline of the Old Crawfordsville County Road as traveled (said point being referenced on the ground by an iron pin bearing North 89° 42' 18" West 20.42 feet); thence South 11° 25' 32" East 44.45 feet along the centerline of said road to a point (being referenced on the ground by an iron pin bearing South 86° 43' 58" West 20.20 feet); thence South 86° 43' 58" West 672.37 feet to a point marked by an iron pin; thence North 0° 17' 42" East 85.30 feet to the true point of beginning, in Lane County, Oregon.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-6<br>Case 06-62315-aer13<br>District of Oregon<br>Eugene<br>Tue Aug 24 15:08:52 PDT 2010 | ODR BRcy<br>955 Center St NE<br>Salem, OR 97301-2553 | Recovery Management Systems Corp<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| 405 E 8th Ave #2600<br>Eugene, OR 97401-2725 | Account Services<br>1802 NE Loop 410, Suite 400<br>San Antonio, TX 78217-5298 | Apogee Medical Group - OR - Eugene<br>PO Box 708850<br>Sandy, UT 84070-8850 |
| Asset Acceptance LLC<br>Assignee/JC PENNY<br>PO Box 2036<br>Warren MI 48090-2036 | Bank Of America N.A.<br>P.O. Box 30610<br>Los Angeles, CA 90030-0610 | Chase Home Finance, LLC<br>PO Box 509011<br>San Diego, CA 92150-9011 |
| Chase Home Finance, LLC - CA<br>10790 Rancho Bernardo Road<br>San Diego, CA 92127-5705 | Citi Bank<br>P O Box 6000<br>The Lakes, NV 89163-0001 | Derrick E. McGavic<br>Attorney At Law<br>P.O. Box 10228<br>Eugene, OR 97440-2228 |
| Edward J. Spinney<br>Attorney At Law<br>315 5th Ave.<br>Springfield, OR 97477-4644 | Edward P. Bernardi<br>Attorney At Law<br>3331 SE Milwaukie<br>Portland, OR 97202-2746 | First National Collection Bureau, Inc.<br>610 Waltham Way<br>Sparks, NV 89434-6695 |
| First Union<br>Jefferson Capital Systems, LLC<br>POB 23051<br>Colmbus, GA 31902-3051 | First Union<br>Jefferson Capital Systems, LLC<br>POB 23051<br>Columbus, GA 31902-3051 | (p)JEFFERSON CAPITAL SYTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| McKenzie Willamette EBO<br>PO Box 60000<br>San Francisco, CA 94160-0001 | Medical Data Systems<br>128 W. Center Ave., Floor 2<br>Sebring, FL 33870-3103 | (p)MERCANTILE ADJUSTMENT BUREAU<br>PO BOX 9016<br>WILLIAMSVILLE NY 14231-9016 |
| (p)MARLIN MEDCLR INOVISION<br>507 PRUDENTIAL ROAD<br>HORSHAM PA 19044-2308 | Northwest Community Credit Union<br>P.O. Box 70225<br>Eugene, OR 97401-0145 | Oregon Account Systems, Inc.<br>5848 SE Milwaukie Ave.<br>Portland, OR 97202-5256 |
| Originated by First Union<br>POB 23051<br>Columbus, GA 31902-3051 | Pacific Coast Credit<br>P.O. Box 40580<br>Eugene, OR 97404-0091 | Professional Credit Svc<br>POB 7548<br>Eugene OR 97401-0039 |
| Ray Klein Dba Professional Credit Serv.<br>P.O. Box 7548<br>Eugene, OR 97401-0039 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Sears<br>PO Box 45129<br>Jacksonville, FL 32232-5129 |

| | | |
|---|---|---|
| Thomas Huntsberger<br>Attorney At Law<br>870 W. Centennial Blvd.<br>Springfield, OR 97477-2835 | Troutman's Emporium<br>P.O. Box 731<br>Mahwah, NJ 07430-0731 | US Trustee, Eugene<br>405 E 8th Ave #1100<br>Eugene, OR 97401-2728 |
| Barbara Ruth Dawson<br>39508 Howard Rd<br>Marcola, OR 97454-9775 | Fred Long<br>POB 467<br>Eugene, OR 97440-0467 | STEPHEN L BEHRENDS<br>POB 10552<br>Eugene, OR 97440-2552 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems, LLC<br>POB 23051<br>Columbus GA 31902-3051 | Mercantile Adjustment Bureau<br>40 West Ave.<br>Rochester, NY 14611-2626 | NCO Financial System Inc<br>P.O. Box 41457<br>Philadelphia, PA 19101-1457 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Chase Home Finance LLC | (u)Sunwest Financial Inc | (d)ODR Bkcy<br>955 Center St NE<br>Salem OR 97301-2553 |

End of Label Matrix
Mailable recipients    35
Bypassed recipients     3
Total                  38